UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNET,                                                   No. 15-14465

        Plaintiff,

v.                                                             District Judge Matthew F. Leitman
                                                               Magistrate Judge R. Steven Whalen

MICHIGAN DEPARTMENT
OF CORRECTIONS, ET AL.,

        Defendants.

_____ /

**ORDER DENYING MOTION FOR COUNSEL**

Plaintiff, a *pro se* litigant in this civil rights action brought under 42 U.S.C. §1983, has filed a motion for appointment of counsel [Dock. #9].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. At present, dispositive motions have not yet been decided or even filed. Plaintiff's

request for counsel is thus premature.

Accordingly, Plaintiffs' Motion to Appoint Counsel [Dock. #9] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.


s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: May 5, 2016


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 5, 2016, electronically and/or by U.S. mail.


s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen