UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT,

        Plaintiff,                 No. 15-14465

v.                                 District Judge Matthew F. Leitman
                                 Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,
ET AL.,

        Defendants.
_____ /

## ORDER

      Plaintiff Carl Bennett, a prison inmate in the custody of the Michigan Department of Corrections ("MDOC"), has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On May 9, 2016, he sent the Court a letter [Doc. #17] requesting an extension of time to prepare his case, because he was attempting to retain a lawyer and was unsure if he would be able to do so. I have construed Plaintiff's letter as a motion to stay the case.

      On August 24, 2016, attorney Carla D. Aikens filed an appearance on Plaintiff's behalf [Doc. #21], and the Court granted an extension of time for Plaintiff to file a response to Defendant Jackson Allegiance Hospital's motion to dismiss. Plaintiff, through counsel, filed that resonse on September 22, 2016 [Doc. #29], along with a motion to amend/correct the complaint [Doc. #28]. Defendant MDOC filed a motion to dismiss on September 16, 2016 [Doc. #27], and the time for Plaintiff to respond (21 days from the filing date) has not yet expired.

The case is on track to move forward. Plaintiff's letter/motion to stay [Doc. #17] is DENIED AS MOOT.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: September 27, 2016

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was sent to parties of record on September 27, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen