UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT,

       Plaintiff,                             Case No. 15-cv-14465
                                              Hon. Matthew F. Leitman

v.

MICHIGAN DEPT. OF CORRECTIONS,
ET AL.,

       Defendants.

_____/

## ORDER (1) DENYING JACKSON ALLEGIANCE HOSPITAL'S MOTION TO DISMISS (ECF #18) AND (2) DENYING MICHIGAN DEPARTMENT OF CORRECTIONS' MOTION TO DISMISS (ECF #27)

On December 24, 2015, Plaintiff Carl Bennet, a prison inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed a *pro se* civil complaint in this Court. On June 30, 2016 and September 16, 2016 respectively, Defendant Jackson Allegiance Hospital and Defendant MDOC filed motions to dismiss (the "Motions") (ECF ## 18, 27).

On December 05, 2016, the assigned Magistrate Judge issued a report and recommendation (the "R&R") in which he recommended that the Court deny the Motions as moot. (*See* ECF #36 at 1, Pg. ID 301.)

At the conclusion of the R&R, the Magistrate Judge instructed the parties that "[a]ny objections to the [R&R] must be filed within fourteen (14) days of service."

1

(*Id.* at 2, Pg. ID 302.)  The parties were also told that the "[f]ailure to file specific objections constitutes a waiver of any further right of appeal."  (*Id.*)

Jackson and MDOC have not filed any objections to the R&R.  As the Magistrate Judge informed the parties, the failure to file an objection to a report and recommendation waives any further right to appeal.  *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object releases the Court from its duty to independently review the matter.  *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).  The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to deny the Motions is **ADOPTED.**

**IT IS FURTHER ORDERED** that (1) Defendant Jackson Allegiance Hospital's motion to dismiss (ECF #18) is **DENIED** and (2) Defendant MDOC's motion to dismiss (ECF #27) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  January 20, 2017          UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 20, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113