UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CARL BENNETT #298713,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, JACKSON
ALLEGIANCE HOSPITAL, and
JOHN DOE,

    Defendants.

NO. 2:15-cv-14465

HON. MATTHEW F. LEITMAN

MAG. R. STEVEN WHALEN

_____/

Exhibit A

Affidavit of Richard D. Russell,
with Attachment

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CARL BENNETT #298713,

      Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, JACKSON
ALLEGIANCE HOSPITAL, and
JOHN DOE,

      Defendants.

NO. 2:15-cv-14465

HON. MATTHEW F. LEITMAN

MAG. R. STEVEN WHALEN

---

CARLA D. AIKENS, PC
Carla D. Aikens (P69530)
615 Griswold, Suite 790
Detroit, MI 48226
(844) 835-2993

THE KITCH FIRM
Richard J. Joppich (P41709)
Attorney for Allegiance Health
2379 Woodlake Drive, Suite 400
Okemos, MI 48864-6032
(517) 381-4426

Allan J. Soros (P43702)
Assistant Attorney General
Attorney for Defendant MDOC
Michigan Department of Attorney General
Civil Litigation, Employment &
  Elections Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

---

**AFFIDAVIT OF RICHARD D. RUSSELL**

I, Richard D. Russell, having been duly sworn, depose and say:

1.    If sworn as a witness, I can testify competently and with personal knowledge to the facts contained within this affidavit.

1

2. I am presently the Manager of the Grievance Section of the Michigan Department of Corrections (MDOC), with my office in Lansing, Michigan. I have held this position since May 1, 2011.

3. The grievance process for the MDOC consists of three steps which are defined in Policy Directive 03.02.130, "Prisoner/Parolee Grievances".

4. Step I of the grievance process provides that if the grievant is unable to resolve the issue with staff, the grievant may file a formal grievance to the institutional grievance coordinator. An appropriate staff member is assigned to respond to the grievance.

5. If the grievant is not satisfied with the response provided at Step I, an appeal of that decision may be filed to Step II. The warden or the area manager generally responds to Step II grievances unless they delegate the response to a staff member that has administrative responsibility.

6. If the grievant does not agree with the Step II response, an appeal of that decision may be filed to Step III at the Grievance Section of the Office of Legal Affairs.

7. When a Step III grievance is received in the Grievance Section, it is date-stamped by clerical staff and entered into the Grievance Tracking database.

8. Since May 1, 2011, all Step III appeals, whether or not they meet policy requirement, are entered into the database. If on the surface it is apparent there are missing documents required under policy, the appeal is returned under a cover letter indicating what further documents are required along with all documents submitted by the prisoner.

9. Appeals that appear complete are forwarded to a grievance specialist. If after review it is determined that the appeal does not meet policy requirements to complete a thorough review at Step III, the appeal is returned under a cover letter indicating what further documents are required under policy for an appeal to Step III along with all documents submitted by the prisoner.

10. If the appeal is complete, a grievance specialist assures that all tracking data, including the grievance code assigned by the local grievance coordinator, is entered into the grievance tracking database.

11. The grievance specialist researches the information and facts regarding the issues raised in the grievance. The investigation may be conducted through contact with the appropriate facility staff and other sources within the Department. The grievance specialist drafts a recommendation for decision on the grievance by the Manager of the Grievance Section.

12. The Manager of the Grievance Section signs the Step III response, or returns it for additional investigation.

13. Final grievance decisions are returned to clerical staff for processing, including designation of a return date and final data entry. Copies of the grievance decisions are sent to the appropriate warden and the grievant. A copy is retained in the Office of Legal Affairs.

14. A search for records of Step III grievances involves a database inquiry and comparison of file materials with the database. All Step III grievance appeals are recorded on the database.

15. I have caused a search of the database relevant to Step III grievance appeals filed by Carl Bennett #298713 and attached is a copy of that report. Bennett has not filed any Step III grievance appeals as of September 8, 2016. (Attachment #1).

16. At all times I acted in good faith, within the scope of my authority, and in accordance with my understanding of the statutes, rules and policies governing the Michigan Department of Corrections.

17. Any documents referenced in this affidavit are records of regularly conducted activity of the Michigan Department of Corrections. Any records were made at or near the time of the occurrences reflected, by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters. Any documents are kept in the regular course of business of the Michigan Department of Corrections. Any copy of these records attached to or accompanying this affidavit are true and accurate copies of the original records.

AFFIANT SAYS NOTHING FURTHER.

_____
Richard D. Russell, Manager
Office of Legal Affairs
Michigan Department of Corrections

Subscribed and sworn to before me, a Notary Public,
on the __13__ day of __January__, 2017.

_____
Notary Public
__Clinton__ County, Michigan
My Commission Expires: __11/4/19__

PAMELA R. NELSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF CLINTON
My Commission Expires 11/4/2019
Acting in the County of Ingham

Soros\FED Intake\2016-0148737-A Bennett\Russell Aff



# MDOC Prisoner Step III Grievance Report
May 2009 to Present

**Inmate Number:** 298713    **Last Name:** Bennett    **First Name:** Carl

| Step III Rec'd | Grievance Identifier | Grievance Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

A search of this database has been performed for the time period
Listed on the title of this report and no records were found.

Richard D. Russell
Manager, Grievance Section
Office of Legal Affairs
Michigan Department of Corrections