UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT,

      Plaintiff,                          No. 15-14465

v.                                      District Judge Matthew F. Leitman
                                           Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,
ET AL.,

      Defendants.
_____/

## ORDER

Plaintiff's motion to compel discovery [Doc. #90] is GRANTED IN PART AND DENIED IN PART, as follows:

With regard to Plaintiff's requests for information on electronic records, including audit trails and information about when and by whom those records were accessed, the motion is GRANTED to the extent that Defendant will undertake a diligent and good-faith search for such records/information, and produce to Plaintiff such records/information that is located. If such material does not exist, or if Defendant is unable to locate and produce such material, it shall so certify in writing.[1]

---

[1] Before Defendant undertakes this search, counsel for the parties will meet and confer in order for Plaintiff to clarify exactly what he seeks.

With regard to Plaintiff's medical records, Defendant states in response to the motion that it has produced 1,496 pages of those records, at no cost to Plaintiff. Therefore, the request for medical records is DENIED AS MOOT.

In all other respects, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

s/ R. Steven Whalen<br>R. STEVEN WHALEN<br>UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2019

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 11, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla<br>Case Manager to the<br>Honorable R. Steven Whalen