UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Carl Bennett,

       Plaintiff(s),

v.              Case No. 2:15−cv−14465−MFL−RSW
               Hon. Matthew F. Leitman

MDOC, et al.,

       Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan. Please report to Room 127. The following motion(s) are scheduled for hearing:

Motion to Amend/Correct – #103

- MOTION HEARING: June 27, 2019 at 10:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/H Monda
                 Case Manager

Dated: May 31, 2019