UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT #298713,

    Plaintiff,                 Case No. 15-cv-14465
                                     Hon. Matthew F. Leitman
v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

## ORDER GRANTING SECOND MOTION FOR
## LEAVE TO AMEND COMPLAINT (ECF #103)

On June 27, 2019, the Court held a hearing on Plaintiff's second motion for leave to file a second amended complaint (ECF #103). For the reasons stated on the record, the Court **GRANTS** the motion and orders the following:

- Plaintiff to file a second amended complaint by August 1, 2019.

- Current Defendants and newly added Defendants represented by current defense counsel to respond by September 16, 2019.

- Any new Defendant not represented by current counsel shall, after being properly served with the amended complaint, respond within the time allowed by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: June 28, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2019, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764