UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT,

    Plaintiff,                                          Case No. 15-cv-14465
                                                        Hon. Matthew F. Leitman

v.

MDOC, et al.,

    Defendants.

_____/

## STIPULATED PROTECTIVE ORDER REGARDING INDIVIDUAL DEFENDANTS' ADDRESSES

This matter having come before the Court on the stipulation of the parties for a Protective Order, which will protect against disclosure of personal addresses, which could jeopardize the safety of individuals who used to work within the prisons of the Michigan Department of Corrections (MDOC), the Court directs that the following personal addresses produced by the parties to this litigation shall be subject to the conditions listed below:

The personal addresses of Christine Ausmus, RN, Alline Curtis, RN, Marguerite Walker, Sherrie Winter, LPN, and Kay Garland, RN are subject to this Protective Order and shall be "protected addresses," based on safety concerns for their persons due to potential public release of their personal addresses.

The protected addresses may be used by the Plaintiff's counsel solely for the purposes of service of documents related to the above litigation.

The protected addresses may be reviewed only by the Plaintiff's counsel and any person hired by Plaintiff's counsel to effect service on the above-named individuals for the purposes of this lawsuit. The protected addresses are not to be released to the general public, Plaintiff, or Plaintiff's family and friends, nor shall the addresses be used or disclosed following the conclusion of this litigation.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2019

Approved as to form and substance.

| | |
|---|---|
| /s/ Carla D. Aikens | /s/ Sarah R. Robbins |
| Carla D. Aikens | Sarah R. Robbins |
| Counsel for Plaintiff | Counsel for Defendant |
| Carla D. Aikens, P.C. | State of Michigan Dept. of |
| 615 Griswold Street | Attorney General |
| Suite 709 | P.O. Box 30754 |
| Detroit, MI 48226 | 525 W. Ottawa Street |
| (844) 835-2993 | Lansing, MI 48909 |
| carla@aikenslawfirm.com | (517) 335-7573 |
| | robbinss@michigan.gov |