UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT #298713,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 15-cv-14465
Hon. Matthew F. Leitman

_____/

# ORDER REGARDING STATUS CONFERENCE

On January 6, 2020, the Court held a telephonic status conference with the parties to discuss Plaintiff's request for additional discovery before responding to Defendants' motions for summary judgment (ECF Nos. 127, 129).

For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

1. Defendants David Wright, Isaac Alexis, and Quinn LaFleur ("Corizon Defendants") shall be made available for depositions and shall be deposed by Plaintiff by not later than **FEBRUARY 21, 2020**. Plaintiff's depositions of the Corizon Defendants shall be limited to the following topics:

   a. The Corizon Defendants' actual or constructive notice of Plaintiff's claims;

   b. The factual contentions in the Corizon Defendants' affidavits in support of their Motion for Summary Judgment (ECF No. 127); and

1

c. The legal relationship between the Corizon Defendants and the Michigan Department of Corrections (the "MDOC").

2. Plaintiff shall file a response to the Corizon Defendants' Motion for Summary Judgment (ECF No. 127) by not later than **TWENTY-EIGHT DAYS** after the last of the Corizon Defendants has been deposed.

3. With respect to the MDOC Defendants' Motion for Summary Judgment (ECF No. 129), Plaintiff shall file a Rule 56(d) affidavit by not later than **January 13, 2020**. The affidavit shall <u>specifically</u> identify the discovery that Plaintiff believes he needs to complete in order to respond to the MDOC's Motion for Summary Judgment (ECF No. 129) and shall explain <u>in detail</u> why Plaintiff believes such discovery is necessary. The MDOC Defendants shall have **ONE WEEK** to respond to Plaintiff's affidavit. Once the Court reviews the Rule 56(d) affidavit and the response, the Court will determine whether to allow Plaintiff to take discovery before responding to the motion or to require Plaintiff to respond to the motion without additional discovery.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2020, by electronic means and/or ordinary mail.

                                                           s/Holly A. Monda
                                                           Case Manager
                                                           (810) 341-9764