UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT #298713,

    Plaintiff,                           Case No. 15-cv-14465
                                                 Hon. Matthew F. Leitman

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL BRIEF (ECF No. 153) AND (2) GRANTING DEFENDANTS' LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF

    This action is a civil rights suit brought by Plaintiff Carl Bennett, a former prisoner who was incarcerated in the Michigan Department of Corrections. (*See* Fourth Am. Compl., ECF No. 121.) On September 26, 2019, a group of Defendants known as the "Corizon Defendants" moved for summary judgment. (*See* Mot., ECF No. 127.) Bennett filed a response to the motion on March 26, 2020. (*See* Resp. Br., ECF No. 142.)

    On May 14, 2020, Bennett filed a motion with the Court to file a revised brief opposing the Corizon Defendants' summary judgment motion. (*See* Mot., ECF No. 153.) Bennett explained that due to an "oversight," his initial opposition brief did not address all of the arguments that the Corizon Defendants had raised in their

1

motion. (*See id.*) The Corizon Defendants oppose Bennett's request. (*See* Br., ECF No. 154.)

The Court has reviewed Bennett's motion and the Corizon Defendants' response. In order to ensure that there is a full presentation of all of the issues in dispute between the parties, the Court will **GRANT** Bennett's motion to file his revised brief. In addition, so that the Court has a complete understanding of both parties' positions, the Court will also grant the Corizon Defendants leave to file a supplemental brief, of up to 10 pages, to respond to Bennett's revised opposition brief.

Accordingly, for all of the reasons stated above, Bennett's motion to file a revised brief opposing the Corizon Defendants' summary judgment motion (ECF No. 153) is **GRANTED**. Bennett shall file with the Court the revised brief attached as Exhibit A to his motion by no later than **May 22, 2020**. The Corizon Defendants may file a supplemental brief addressing Bennett's revised response, of no more than 10 pages, by no later than **June 12, 2020**.

**IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 19, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
