UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT,

    Plaintiff,

v.

    Case No. 15-cv-14465
    Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

_____/

### ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT GARLAND WITH NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF No. 185)

On October 9, 2021, the Court entered a default against Defendant Kay Garland. (*See* ECF Nos. 176, 177.) Plaintiff Carl Bennett has now filed a motion for default judgment against Garland. (*See* Mot., ECF No. 185.) On February 3, 2022, the Court issued a Notice of Hearing setting Bennett's motion for a video hearing on March 22, 2022, at 10:00 a.m. (*See* Notice of Hearing, ECF No. 200.)

By no later than **February 14, 2022**, Bennett shall serve Garland with (1) the Notice of Hearing on his motion for default judgment, (2) this order, and (3) a proposed default judgment. In addition, by no later than **February 14, 2022**, Bennett shall file a Certificate of Service on the docket confirming that he has served Garland with these documents. Finally, by no later than **February 14, 2022**, Bennett

1

shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  February 3, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2022, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126