UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 15-cv-14465
Hon. Matthew F. Leitman

_____/

**ORDER (1) TERMINATING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT (ECF No. 185) WITHOUT PREJUDICE AND (2) SETTING BRIEFING SCHEDULE ON DEFENDANT KAY GARLAND'S MOTION TO SET ASIDE DEFAULT (ECF No. 206)**

On October 9, 2020, the Court the Clerk of the Court entered a default in this action against Defendant Kay Garland due to Garland's failure to appear. (*See* Order, ECF No. 176; Clerk's Entry of Default, ECF No. 177.) Now pending before the Court is Bennett's motion for a default judgment on his claims against Garland. (*See* Mot. for Default Judgment, ECF No. 185.) On March 14, 2022, Garland appeared, filed a motion to set aside the default, and filed a response to the motion for a default judgment. (*See* Mot. to Set Aside Default, ECF No. 206; Resp. to Mot. for Default Judgment, ECF No. 207.)

The Court held a hearing on the motion for a default judgment on March 22, 2022. For the reasons explained on the record during the motion hearing, the Court

1

concludes that the most appropriate and efficient course of action is to first decide Garland's motion to set aside the default and then, if necessary, allow Bennett to seek a default judgment.

Accordingly, for the reasons explained on the record, **IT IS HEREBY ORDERED** as follows:

- Bennett's motion for a default judgment (ECF No. 185) is **TERMINATED WITHOUT PREJUDICE**. Bennett may re-file that motion, if necessary, in the event that the Court denies Garland's motion to set aside the default;

- Bennett shall file a response to Garland's motion to set aside the default (ECF No. 206) by no later than **April 5, 2022**;

- Garland shall file a reply brief in further support of her motion to set aside the default by no later than **April 15, 2022**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126