UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BENNETT,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

_____/

Case No. 15-cv-14465
Hon. Matthew F. Leitman

## JUDGMENT

In accordance with the Orders entered on December 18, 2017 (ECF Nos. 69, 70), August 10, 2020 (ECF No. 163), September 11, 2020 (ECF Nos. 172), September 18, 2020 (ECF No. 173), March 29, 2022 (ECF No. 209), and on this day (ECF No. 231),

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

                                              KINIKIA ESSIX
                                              CLERK OF COURT

                                  By:    s/Holly A. Ryan_____
                                                     Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated: September 9, 2022
Detroit, Michigan