# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 14, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 22-1863, *Carl Bennett v. MDOC, et al*
   Originating Case No. 2:15-cv-14465

Dear Ms. Essix:

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Patricia J. Elder, Senior Case Manager
                                for C. Anthony Milton, Case Manager

cc: Ms. Carla Aikens
    Ms. Christina A. Ginter
    Mr. Jonathan Lanesky
    Mr. Anthony D. Pignotti
    Mr. Nicholas Pillow
    Mr. John L. Thurber

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1863

_____

Filed: August 14, 2023

CARL BENNETT

    Plaintiff - Appellant

v.

MICHIGAN DEPARTMENT OF CORRECTIONS; JACKSON ALLEGIANCE HOSPITAL; JOHN DOE, staff involved in surgery; MAHENDER MACHA; CHRISTINE AUSMUS; LISA WURMLINGER; DAVID WRIGHT; LATOYA CAULFORD; QUINN LAFLEUR; SHERRI WINTER; MARGUERITE WALKER; ALLINE CURTIS; JUDY CRISENBERRY; SHERRIFF DEPUTY JOHN DOE II; RICHARD ROE; RICHARD ROE II; HEIDI E. WASHINGTON; JOE BARRETT, Warden; SHIRLEE HARRY, Warden; JEFFREY WOODS; CONNIE HORTON

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/21/2023 the mandate for this case hereby issues today.

COSTS: None